# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Erger, Jacqueline Diane | Docket No. | 0980 4:22CR06012-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jacqueline Diane Erger, who was placed under pretrial release supervision by The Honorable James A. Goeke, sitting in the court at Spokane, Washington, on the 31st day of March 2022, under the following conditions:

**Additional Special Condition #11:**  **Clean and Sober:** Defendant shall immediately enter into and successfully reside at Oxford House. Pretrial Services will monitor Defendant while at the facility. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Jacqueline Diane Erger was released from custody on March 31, 2022, pending her revocation hearing. Ms. Erger reported to the U.S. Probation Office the same day of her release. She was placed on Global Positioning System (GPS) monitoring as ordered by the Court. The conditions of release were reviewed with her. Ms. Erger stated she understood, signed the conditions, and was provided copies.

**Violation #1:** Jacqueline Erger is considered to be in violation of release condition number 11, as noted above, by being terminated from the Oxford House on April 3, 2022.

Ms. Erger released on March 31, 2022, to reside at the Delynn Oxford House at 1303 Wright Avenue in Richland, Washington. On April 3, 2022, Ms. Erger contacted the undersigned officer to advise she had been terminated from the Oxford House and had to move due to a positive drug test. This officer contacted the main line at the Oxford House and confirmed Ms. Erger was required to submit a urinalysis sample that day, which tested positive for methamphetamine. Based on the positive test, she was removed from the Oxford House. Ms. Erger contacted the undersigned officer before leaving the Oxford House as to not violate her curfew. She requested approval to relocate to her daughter's residence at 705 Winslow in Richland, until she could reenter treatment and find other clean and sober housing. Ms. Erger also reported to the U.S. Probation Office on April 4, 2022, as instructed.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   April 6, 2022 |
| by | s/SanJuanita B. Coronado |
| | SanJuanita B. Coronado
Supervisory U.S. Pretrial Services Officer |

PS-8
Re: Erger, Jacqueline Diane
April 6, 2022
Page 2

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

4/6/2022
_____
Date