PROB 12C  
(6/16)

Report Date: April 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacqueline Diane Erger         Case Number: 0980 4:22CR06012-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Dana L. Christensen, Chief U.S. District Judge  
Name of First Supervision Judicial Officer: The Honorable Christine M. Aguello, U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence:  May 25, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B) | | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | March 31, 2020 |
| Defense Attorney: | Alex B Hernandez, III | Date Supervision Expires: | March 30, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/15/2021 (violations 1 - 10), and 1/20/2022 (violations 1 - 5).

Jacqueline Erger was originally sentenced in the District of Montana. She released from the Bureau of Prison on March 31, 2020, and commenced supervision in the District of Colorado. A transfer of jurisdiction was subsequently completed from the District of Montana to the District of Colorado on December 10, 2020. While in Colorado, Ms. Erger was pending violations from a petition dated July 15, 2021. Ms. Erger relocated to Washington State on October 30, 2021, and commenced her supervised release in the Eastern District of Washington.

On November 1, 2021, Ms. Erger reported to the U.S. Probation Office in Richland, Washington, and an intake was completed. Her conditions of supervision were reviewed, she indicated an understanding and was provided copies. Ms. Erger subsequently absconded and the District of Colorado filed a second petition dated January 20, 2022, and a warrant was issued. The warrant was served on March 16, 2022, in the Eastern District of Washington. A transfer of jurisdiction was completed from the District of Colorado to the Eastern District of Washington on March 30, 2022.

Jacqueline Diane Erger was released from custody on March 31, 2022, pending her revocation hearing. Ms. Erger reported to the U.S. Probation office in Richland the same day of her release. She was placed on Global Positioning System (GPS) monitoring as ordered by the Court. The conditions of release were reviewed with her. Ms. Erger stated she understood, signed the conditions, and was provided copies.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
**Re:  Erger, Jacqueline Diane**
**April 6, 2022**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Special Condition # 4**:  The defendant shall participate in substance abuse testing, to include not more that 365 urinalysis tests and not more than 365 Breathalyzer test annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |

**Supporting Evidence**: Jacqueline Erger is considered to be in violation of her term of supervised release by using a controlled substance, methamphetamine, on or about April 1, 2022.

Ms. Erger released on March 31, 2022,  to reside at the Delynn Oxford House at 1303 Wright Avenue in Richland, Washington. On April 3, 2022, Ms. Erger contacted the undersigned officer to advise she had been terminated from the Oxford House and had to move due to a positive drug test.  This officer contacted the main line at the Oxford House and  confirmed Ms. Erger was required to submit a urinalysis sample that day, which tested positive for methamphetamine.  Based on the positive test, she was removed from the Oxford House. Ms. Erger advised the undersigned officer she used methamphetamine on the evening of April 1, 2022.

Additionally, Ms. Erger reported to the  U.S. Probation Office on April 4, 2022, and submitted to another drug test, which was presumptive positive for methamphetamine. The sample was sent to the national testing laboratory for confirmation and is pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 6, 2022

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C
**Re: Erger, Jacqueline Diane**
**April 6, 2022**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

4/7/2022
Date