PROB 12C
(6/16)

Report Date: April 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2022

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jacqueline Diane Erger     Case Number: 0980 4:22CR06012-SAB-1

Address of Offender:     Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge
Name of First Supervision Judicial Officer: The Honorable Christine M. Aguello, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 25, 2016

| | | |
|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B) | |
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: March 31, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: March 30, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/15/2021 (violations 1-10); and 1/20/22 (violations 1-5); and 4/7/2022.

Jacqueline Erger was originally sentenced in the District of Montana. She released from the Bureau of Prison on March 31, 2020, and commenced supervision in the District of Colorado. A transfer of jurisdiction was subsequently completed from the District of Montana to the District of Colorado on December 10, 2020. While in Colorado, Ms. Erger was pending violations from a petition dated July 15, 2021. Ms. Erger relocated to Washington State on October 30, 2021, and commenced her supervised release in the Eastern District of Washington.

On November 1, 2021, Ms. Erger reported to the U.S. Probation Office in Richland, Washington, and an intake was completed. Her conditions of supervision were reviewed, she indicated an understanding and was provided copies. Ms. Erger subsequently absconded and the District of Colorado filed a second petition dated January 20, 2022, and a warrant was issued. The warrant was served on March 16, 2022, in the Eastern District of Washington. A transfer of jurisdiction was completed from the District of Colorado to the Eastern District of Washington on March 30, 2022.

Jacqueline Diane Erger was released from custody on March 31, 2022, pending her revocation hearing. Ms. Erger reported to the U.S. Probation office in Richland the same day of her release. She was placed on Global Positioning System (GPS) monitoring as ordered by the Court. The conditions of release were reviewed with her. Ms. Erger stated she understood, signed the conditions, and was provided copies.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
Re: Erger, Jacqueline Diane
April 28, 2022
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 17 | **Special Condition # 4**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer test annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |

**Supporting Evidence**: Jacqueline Erger is considered to be in violation of her term of supervised release by using a controlled substance, methamphetamine, on or about April 26, 2022.

On April 27, 2022, the undersigned officer made telephonic contact with Ms. Erger and instructed her to report to the probation office on that same date. Ms. Erger reported to the probation office. During this office contact, Ms. Erger was instructed to complete a drug test. Ms. Erger spent over 2 hours at the probation office claiming she could not provide a urine sample before admitting to the undersigned officer to having used methamphetamine on or about April 26, 2022. Ms. Erger reported she used methamphetamine while she was on her way to a scheduled outpatient substance abuse treatment session. Ms. Erger signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 28, 2022

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/28/2022
Date