PROB 12C
(6/16)

Report Date: June 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacqueline Diane Erger                Case Number: 0980 4:22CR06012-SAB-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Kenneweick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Dana L. Christensen, Chief U.S. District Judge
Name of First Supervising Judicial Officer: The Honorable Christine M. Aguello, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 25, 2016

| | |
|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 5, 2022) | Prison - 16 days TSR - 40 months | |
| Asst. U.S. Attorney: | Laurel Holland | Date Supervision Commenced: May 5, 2022 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: September 5, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On May 5, 2022, Ms. Erger began her current term of supervised release and the conditions of supervised release were reviewed with Ms. Erger via telephone, to include reporting to the probation officer as instructed and abstaining from the use of illegal controlled substances.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jacqueline Erger is considered to be in violation of her supervised released by failing to provide a valid sample for screening at Merit Resource Services (Merit) on May 13, 2024. |

Prob12C  
**Re: Erger, Jacqueline Diane**  
**June 12, 2024**  
**Page 2**

On May 17, 2022, the substance abuse testing instructions were reviewed with Ms. Erger. Ms. Erger verbally acknowledged her understanding of the testing program, and was instructed to call the Merit colorline system for the color white. When the color white was called, Ms. Erger was to report to Merit and submit to a drug screen. On May 13, 2024, this officer received notification from Ms. Erger that she reported for urinalysis (UA) testing on May 13, 2024; however, she missed the urine collection hat.

On May 14, 2024, this officer received notification from Merit that Ms. Erger reported for urinalysis testing on May 13, 2024. Ms. Erger missed the urine collection hat on the first attempt. On the second attempt, Ms. Erger was unable to submit a sufficient amount of urine to be sent for testing.

2  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jacqueline Erger allegedly violated the above-stated condition of supervision by failing to submit to urinalysis testing on May 14, 2024.

On May 14, 2024, Ms. Erger reported to the probation office and failed to provide a sample during her allotted time frame, resulting in a stalled test.

3  **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Ms. Erger allegedly violated the above-stated condition of supervision by failing to report to the probation officer as instructed on or about May 15, 2024.

On May 15, 2024, the undersigned officer instructed Ms. Erger to report to the probation office. On May 15, 2024, Ms. Erger failed to report to the probation office as instructed. That same day, the undersigned officer made telephonic contact with Ms. Erger. During this contact, Ms. Erger reported she did not have a ride and would not take the public transit system.

4  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jacqueline Erger is considered to be in violation of her supervised released by ingesting methamphetamine on or before May 24, 2024.

On May 24, 2024, Ms. Erger reported to the probation office as requested. During this contact, Ms. Erger completed a drug test which was presumptive positive for methamphetamine and amphetamine. Ms. Erger denied use of controlled substances. The drug test was packaged and sent to Abbott Laboratory for confirmation.

Prob12C
**Re: Erger, Jacqueline Diane**
**June 12, 2024**
**Page 3**

|   |   |
|---|---|
|   | On June 5, 2024, Abbot Laboratory confirmed the urine sample collected on May 24, 2024, was positive for amphetamine and methamphetamine. |
| 5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Jacqueline Erger is considered to be in violation of her supervised released by ingesting methamphetamine on or before May 29, 2024. |
|   | On May 29, 2024, Ms. Erger reported to the Merit Resource Services as requested. During this contact, Ms. Erger completed a drug test which was presumptive positive for methamphetamine and amphetamine. Ms. Erger denied use. The drug test was packaged and sent to Abbott Laboratory for confirmation. |
|   | On June 9, 2024, Abbot Laboratory confirmed the urine sample collected on May 29, 2024, was positive for amphetamine and methamphetamine. |
| 6 | **Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
|   | **Supporting Evidence:** Ms. Erger allegedly violated the above-stated condition of supervision by failing to report for a scheduled office appointment on June 10, 2024. |
|   | On June 7, 2024, Ms. Erger was given instructions for reporting to the United States Probation Office on June 10, 2024. Regretfully, Ms. Erger failed to report as directed. |
|   | That same day, the undersigned officer called Ms. Erger multiple times and she did not answer. The undersigned officer was able to leave a voice message. To date, Ms. Erger has not made contact with the undersigned officer. |
| 7 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: Jacqueline Erger is considered to be in violation of her supervised released by ingesting methamphetamine on or before June 3, 2024. |
|   | On June 3, 2024, Ms. Erger reported to Merit Resource Services as requested. During this contact, Ms. Erger completed a drug test which was presumptive positive for methamphetamine and amphetamine. Ms. Erger denied use. The drug test was packaged and sent to Abbott Laboratory for confirmation. |
|   | On June 9, 2024, Abbot Laboratory confirmed the urine sample collected on June 3, 2024, was positive for amphetamine and methamphetamine. |

Prob12C
Re: Erger, Jacqueline Diane
June 12, 2024
Page 4

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 12, 2024

s/Maria Balles

Maria Balles
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/13/2024

Date